IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TNT ASSOCIATES, LLC, A Nebraska Limited Liability Company,<br><br>Defendant. | 8:20-CR-248<br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on the United States' Motion to Dismiss, without prejudice, the Indictment and Superseding Indictment in this case "as it relates to the Defendant, TNT ASSOCIATES, LLC, A Nebraska Limited Liability Company." Filing 216 at 1. The Government advises the Court that "TNT ASSOCIATES, LLC was dissolved by the Secretary of State on June 20, 2023." Filing 216 at 1. Consistent with Rule 48(a) of the Federal Rules of Criminal Procedure, the Court finds the Motion should be granted. Accordingly,

IT IS ORDERED: The Indictment, Filing 1, and the Superseding Indictment, Filing 120, are dismissed without prejudice to the extent they relate to the Defendant, TNT ASSOCIATES, LCC, A Nebraska Limited Liability Company.

Dated this 5th day of October 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge